FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUL 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY S͟m͟y͟   DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD BAKER,<br><br>     Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>     Defendant. | Case No. SACV 12-1890 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: July 10, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE